No. 6887.—PEREIRA, aplda., v. AYUSO, aplte.—C. D. San Juan. Diciembre 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción de la apelada para que desestimemos esta apela-

ción por tardanza del taquígrafo que asistió al juicio en la corte inferior en preparar la transcripción de la evidencia para la apelación y teniendo en cuenta los motivos expuestos con juramento por el taquígrafo para no haber hecho la transcripción de la evidencia antes del 17 del corriente en que la presentó, *no ha lugar* a desestimar esta apelación.